AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

**SEALED**

United States of America
v.

THOMAS MENDHEIM
*Defendant*

Case No. 1:18-mj-0197

**FILED**
MAR 0 5 2018
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* THOMAS MENDHEIM,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
Count 1: knowingly using a facility or means of interstate or foreign commerce to knowingly persuade, induce, entice, and coerce a minor to engage in sexual activity, in violation of 18 U.S.C. § 2422(b);
Count 2: transporting a minor from one state to another with the intent to engage in criminal sexual activity, in violation of 18 U.S.C. § 2423(a); and
Count 3: knowingly receiving child pornography, in violation of Title 18 U.S.C. § 2252A(a)(2).

Date: 3/2/2018

*Issuing officer's signature*

City and state: Indianapolis, IN

Debra McVicker Lynch, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 3-2-18, and the person was arrested on *(date)* 3-3-18
at *(city and state)* Indianapolis, IN

Date: 3-5-18

*Arresting officer's signature*

Daria Ocher FBI TFO
*Printed name and title*